```
___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

        SEP 2 6 2016

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:16-CR-030-JAD-(CWH) |
| Plaintiff, | ) |
| v. | ) |
| | ) Preliminary Order of Forfeiture |
| MARIA GUADALUPE HERNANDEZ-CORTES, | ) |
| Defendant. | ) |

This Court finds that defendant Maria Guadalupe Hernandez-Cortes pled guilty to Count Three of a Seventeen-Count Indictment charging her with Money Laundering Conspiracy - Concealment in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and 1956(h). Indictment, ECF No. 54; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Maria Guadalupe Hernandez-Cortes agreed to the forfeiture of the property set forth in the Plea Agreement, the Amended Bill of Particulars, and the Forfeiture Allegation of the Indictment. Indictment, ECF No. 54; Amended Bill of Particulars, ECF No. 95; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement, the Amended Bill of Particulars, and the Forfeiture Allegation of the Indictment and the offense to which defendant Maria Guadalupe Hernandez-Cortes pled guilty.

///

The following assets are (1) any property, real or personal, involved in transactions or attempted transactions in violation of Title 18, United States Code, Section 1956(a)(l)(B)(i) and Title 18, United States Code, Section 1956(h), or any property traceable to such property (2) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1956(a)(l)(B)(i), a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 196l(l)(B), or Title 18, United States Code, Section 1956(h), conspiracy to commit such offense; and (3) any property, real or personal, involved in violations of Title 18, United States Code, Section 1956(a)(l)(B)(i) and Title 18, United States Code, Section 1956(h) or any property traceable to such property, and are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(l)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(l)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(l); and Title 21, United States Code, Section 853(p):

    1. $22,700; and

    2. $5,189

(all of which constitutes property).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of Maria Guadalupe Hernandez-Cortes in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government

forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate

agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 26th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE