```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                COUNSEL/PARTIES OF RECORD

            MAY 1 6 2017

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-030-JAD-(CWH) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| MARIA GUADALUPE HERNANDEZ-CORTES, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant Maria Guadalupe Hernandez-Cortes to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Amended Bill of Particulars, and the Forfeiture Allegation of the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Maria Guadalupe Hernandez-Cortes pled guilty. Indictment, ECF No. 54; Amended Bill of Particulars, ECF No. 95; Change of Plea, ECF No. 135; Plea Agreement, ECF No. 137; Preliminary Order of Forfeiture, ECF No. 139.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from September 30, 2016, through October 29, 2016, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 148.

This Court finds the United States of America notified known third parties by personal service, or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 149 and 150.

On November 9, 2016, the Federal Bureau of Investigation personally served Juan Almeda-Vasquez, a.k.a. Everado Hernandez, Inmate No. 50277-048, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 149.

On November 8, 2016, the Federal Bureau of Investigation personally served Kathleen Bliss, Counsel for Juan Almeda-Vasquez, a.k.a. Everado Hernandez-Ulloa, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Supplemental Service of Process – Personal Service, ECF No. 150.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); Title 21, United States Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. $22,700; and

2. $5,189

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 16th day of May, 2017.

UNITED STATES DISTRICT JUDGE